# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-59(1) (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Shane Allen Werlein, | |
| Defendant. | |

LeeAnn K. Bell, Assistant United States Attorney, United States Attorney's Office, cousnel for Plaintiff.

Andrea K. George, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 24, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to suppress evidence obtained as a result of search and seizure (Doc. No. [14]) is **DENIED**;

2. Defendant's motion to suppress statements, admissions and answers (Doc. No. [15]) is **DENIED** as moot;

3. Defendant's motion to suppress evidence obtained as a result of search and seizure (Doc. No. [31]) is **DENIED**; and

4. Defendant's motion to suppress statements, admissions and answers (Doc. No. [32]) is **DENIED** as moot.

Dated: July 14, 2010          <u>s/Donovan W. Frank</u>
DONOVAN W. FRANK
United States District Judge